# EXHIBIT 1

| Ref. | Team Name | Home Ice | City | State | County |
|---|---|---|---|---|---|
| 1 | Artic Jr. Fury | Arctic Ice Arena | Orland Park | IL | Cook |
| 2 | Bloomington Thunder | Pepsi Ice Center | Bloomington | IL | McLean |
| 3 | Central Illinois Revolution | Pepsi Ice Center | Bloomington | IL | McLean |
| 4 | Champaign-Urbana Chiefs | University of IL Arena | Champaign | IL | Champaign |
| 5 | Chicago Blues | Edge Ice Arena | Bensenville | IL | DuPage |
| 6 | Chicago Bruins | Addison Ice Arena | Addison | IL | DuPage |
| 7 | Chicago Bulldogs | Heartland Ice Arena | Lincolnwood | IL | Cook |
| 8 | Chicago Hawks | Darien Ice Plex | Darien | IL | DuPage |
| 9 | Chicago Horned Frogs | Morgan Park Sports Center | Chicago | IL | Cook |
| 10 | Chicago Jets | Johnny's Ice House East | Chicago | IL | Cook |
| 11 | Chicago Stallions | Saddle and Cycle Club | Chicago | IL | Cook |
| 12 | Crystal Lake Yellowjackets | Crystal Ice House | Crystal Lake | IL | McHenry |
| 13 | Elmhurst Chiefs | Edge Ice Arena | Bensenville | IL | DuPage |
| 14 | Evanston Wildkits | Robert Crown Ice Arena | Evanston | IL | Cook |
| 15 | Franklin Park Panthers | Franklin Park Ice Arena | Franklin Park | IL | Cook |
| 16 | Geneva Cyclones | Fox Valley Ice Arena | Geneva | IL | Kane |
| 17 | Glen Ellyn Admirals | Carol Stream Ice Arena | Glen Ellyn | IL | DuPage |
| 18 | Glenview Stars | Mount Prospect Ice Arena | Mount Prospect | IL | Cook |
| 19 | Highland Park Falcons | Centennial Ice Arena | Highland Park | IL | Lake |

| Ref. | Team Name | Home Ice | City | State | County |
|---|---|---|---|---|---|
| 20 | Hoffman Estates Timberwolves | Hoffman Estates Ice Arena | Hoffman Estates | IL | Cook |
| 21 | Hoffman Estates Wolverines | Hoffman Estates Ice Arena | Hoffman Estates | IL | Cook |
| 22 | Homewood-Flossmoor Vikings | Homewood-Flossmor Arena | Flossmor | IL | Cook |
| 23 | Joliet Jaguars | Inwood Rec Center | Joliet | IL | Will |
| 24 | Kankakee Coyotes | Ice Valley Centre | Kankakee | IL | Kankakee |
| 25 | Kenosha Komets | Kenosha Ice Arena | Kenosha | WI | Kenosha |
| 26 | McFetridge RiverDogs | McFetridge Sports Complex | Chicago | IL | Cook |
| 27 | Midwest Blackbirds | Midwest Training and Ice Center | Dyer | IN | Lake |
| 28 | Naperville Sabres | All Seasons Ice Rink | Naperville | IL | DuPage |
| 29 | Niles Rangers | Iceland Skate | Niles | IL | Cook |
| 30 | North Shore Warhawks | Winnetka Ice Arena | Winnetka | IL | Cook |
| 31 | Northbrook Bluehawks | Northbrook Sports Center | Northbrook | IL | Cook |
| 32 | Northern Express | Oakton Ice Arena | Park Ridge | IL | Cook |
| 33 | Northwest Chargers | Nelson Sports Complex | Rolling Meadows | IL | Cook |
| 34 | Oak Park Ice Bears | Ridgeland Ice Rink | Oak Park | IL | Cook |
| 35 | Orland Park Vikings | Arctic Ice Arena | Orland Park | IL | Cook |
| 36 | Pekin Dragons | Pekin Memorial Arena | Pekin | IL | Tazewell |
| 37 | Peoria Jr. Rivermen | Owens Center | Peoria | IL | Peoria |
| 38 | Rink Side Vipers | RinkSide Entertainment Center | Gurnee | IL | Lake |
| 39 | Rockford Roadrunners | Carlson Ice Arena | Rockford | IL | Winnebago |

| Ref. | Team Name | Home Ice | City | State | County |
|---|---|---|---|---|---|
| 40 | Rolling Meadows Renegades | Nelson Sports Complex | Rolling Meadows | IL | Cook |
| 41 | Romeoville Huskies | Canlan Ice Sports – Romeoville | Romeoville | IL | Will |
| 42 | Skokie Flyers | Skatium Ice Arena | Skokie | IL | Cook |
| 43 | South Bend Irish Rovers | Ice Box | South Bend | IN | St. Joseph |
| 44 | St. Jude Knights | Southwest Ice Arena | Crestwood | IL | Cook |
| 45 | Vernon Hills Ice Dogs | Glacier Ice Arena | Vernon Hills | IL | Lake |
| 46 | West Dundee Leafs | Leafs Ice Center | West Dundee | IL | Kane |
| 47 | Wilmette Braves | Centennial Rec Complex | Wilmette | IL | Cook |
| 48 | Winnetka Warriors | North Shore Ice Arena | Northbrook | IL | Cook |