# EXHIBIT 2

**AMATEUR HOCKEY ASSOCIATION ILLINOIS, Inc.**

*"Dedicated to the development of today's youth
through Athletic and Academic excellence."*

*Visit Us on the Web: www.ahai.org*



# Tier 2 Application Requirements

- *Merely applying or completing an application is by no means consent or approval. The Tier 2 Committee has sole jurisdiction over approval/denial after receipt of the Tier 2 Application.*
- *Governance of AHAI By Law Article 8.0 Tier 2*
- *Governance of AHAI Rules & Regulations Article 2.0 Team and Player Eligibility*

**AHAI Board of Directors has Promulgated the following for Tier 2 Applicants:**

1. **Past Teams**
   a. Provide a list of your teams for the preceding 5 years. Please include the number of players and goalies for each team, AHAI Player classifications, where each player played previously, at what rink(s) and how many ice hours per week were allotted per team, including specialized ice, such as goalie clinics and power skates. Also include if the teams participated in any tournament (or other) and the outcome of that event. (example attached)
2. **Current and Anticipated Teams**
   a. A listing of the teams you expect to field in the coming years as Tier 2 teams. Please include the number of players and goalies for each team, AHAI Player classifications, where each player played previously, at what rink(s) and how many ice hours per week will be allotted per team, including specialized ice, such as goalie clinics and power skates.
3. **Ability to Sustain Travel Teams**
   a. Describe how your organization intends to establish and maintain a minimum of 3 travel teams.
4. **Competitiveness**
   a. The schedules your team(s) played last season showing the results of those games, including any tournaments played.
5. **Players**
   a. A listing of all your players for the past 5 years and the following information on the travel teams you intend to field for the future.
      i. Name
      ii. Address
      iii. Name of parent or Guardian
      iv. Phone of the parent
      v. Email of the parent



*Sanctioned Affiliate of USA Hockey* 1

# *AMATEUR HOCKEY ASSOCIATION ILLINOIS, Inc.*

*"Dedicated to the development of today's youth
through Athletic and Academic excellence."*

*Visit Us on the Web: www.ahai.org*



      vi. Where each player began playing hockey
      vii. The previous teams the player participated with for each previous year

6. **Program**
   a. Please describe your program including any affiliations for the past 5 years
   b. Include affiliations may be:
      i. Learn to skate program
      ii. Learn to Play program (developmental)
      iii. House league program
      iv. Tier 2 program
      v. Tier 1 Program
      vi. High School Club program
      vii. Any other affiliation your program has had in the past.

7. **Organization and Board of Directors**
   a. Please describe your organizations Board of Directors. Please keep in mind that the club must not be associated with a "for-profit" organization. It must be a not-for-profit (recommended 501.c.3) club with a Board made up primarily parents of players who are in or were in the program, in accordance with AHAI Rules and Regulations Article 19, and USA Hockey Affiliate Agreement. The Affiliate will have a minimum of 5 Directors, a President, Treasurer, Secretary, and 2 other directors, and will also have a Rules and Ethics committee. Any other laws in the State of Illinois are applicable.

8. **Tryouts**
   a. Please explain your tryout procedures. Keep in mind any house teams must be evenly chosen by "balanced talent", and Travel teams will be chosen in order of skill level, AA and A levels. Attach any documents or communications regarding tryouts and pre-conditioning clinics.

9. **Financial**
   a. Affiliate shall be able to prove financial Stability
   b. Affiliate shall provide in writing a description of what will be provided to the participant, the total costs to the participant and any payment deadlines or rules.
   c. The budget of the prospective club will be attached and will be made available to any player parent upon request.

10. **Bylaws, Rules, Regulations and Policies**
    a. Attach a copy of your club's by-laws, rules and regulations and or policies. If you feel a narrative of same would be helpful, please attach that as well.

11. **Compliance as an AHAI Affiliate (Rules and Regulations, Article 19**)



*Sanctioned Affiliate of USA Hockey* **2**

### ***AMATEUR HOCKEY ASSOCIATION ILLINOIS, Inc.***

*"Dedicated to the development of today's youth
through Athletic and Academic excellence."*

*Visit Us on the Web: www.ahai.org*



   a. Demonstrate that your club will be compatible with Article 19 of AHAI's rules and Regulations as well as By-Law Article 8.0

12. **Ice availability**
    a. Please list the number of ice arenas to be use, the number of ice hours per team (include affiliated programs. i.e. LTS, LTP, clinics, power skates, etc.)
    b. Indicate the costs of ice per hour to be charged to the program(s) and the availability of ice to support growth in your hockey club and this request.
    c. Also state the effect the ice consumption of your programs will have on each of the arenas you have listed.

13. **Effect on other Organizations**
    a. Please list the other clubs or organization that the granting of your request will have on those organizations. Also note the competitive level of those clubs (i.e. Tier 1, Tier 2, tier 3 or Developmental programs)

14. **Effect of your Request**
    a. This would be the opinions of the requesting party on the positive or negative effects of your request.

15. **Information Samples**
    a. Attach samples of information used to educate your players and parents at each age level.

16. **Map of the area**
    a. Attach a map of the area your request intends to include.
        i. Demonstrating the existing area serviced by your club
        ii. The location/residence of each player currently serviced within your programs
        iii. The proposed area of your request
        iv. The location/residence of each player in your prospective programs.
            1. Please use the following designations
                a. D = Developmental
                b. H = House league
                c. T = Travel level prospects
                d. HS = locations of HS hockey players in the area
        v. Location of each ice rink effected in your area
        vi. Location of each club effected by your proposed request

17. **Demographics of hockey players in the Area.**
    a. Population of the area serviced
    b. Population of the are that may be expanded by your request
    c. Trend or changes in a. over the last 5 years
    d. Trend or changes in b. over the last 5 years.



*Sanctioned Affiliate of USA Hockey* **3**

### AMATEUR HOCKEY ASSOCIATION ILLINOIS, Inc.

*"Dedicated to the development of today's youth  
through Athletic and Academic excellence."*

*Visit Us on the Web: www.ahai.org*



e. Trend or changes anticipated in a. and b. in the next 5 years
f. Types of families in a. and b. (include number of children and income levels)
g. Any trends in the economy in a. and b.
h. Any trend in schools in a. and b. (current, closing, expanding, new and proposed, also include the dates of same.)



*Sanctioned Affiliate of USA Hockey* 4