# EXHIBIT 3



ORGANIZATION APPLICATION: TIER I / TIER II
STATUS DUE: November 30th – Annually
Tier I AAA, Tier II AA, Youth & Girls / Women A, B & C
**RETURN TO: Ghefferan@aahahockey.org**

**NOTE: USE SEPARATE FORM FOR EACH TIER LEVEL.**

ORGANIZATION NAME: _____ CONTACT: _____

CONTACT PHONE: _____ CONTACT EMAIL: _____

ADDRESS: _____ CITY: _____ ST: _____ ZIP _____

501(c)3 Yes ☐ No ☐ FOR PROFIT TYPE: _____ YEAR INCORPORATED: _____

NAME OF PRIMARY RINK: _____ ADD'L RINK: _____

ADD'L RINK: _____

IS CLUB ADDRESS SAME AS PRIMARY RINK: Yes ☐ No ☐ CLUB WEBSITE: _____

TIER LEVEL YOU ARE APPLYING FOR (CHECK ONLY ONE): TIER I ☐ TIER II ☐

(CHECK ONLY ONE) BOYS ☐ GIRLS ☐ WOMEN: ☐

AGE LEVEL(S) APPLYING FOR: 14U ☐ 15P ☐ 16U ☐ 18U ☐ 19U ☐ / (WOMEN): A ☐ B ☐ C ☐

14U HEAD COACH: _____ CEP#_____. MODULES (Y/N) _____ SCREENED: _____

15P HEAD COACH: _____ CEP#_____. MODULES (Y/N) _____ SCREENED: _____

16U HEAD COACH: _____ CEP#_____. MODULES (Y/N) _____ SCREENED: _____

18U HEAD COACH: _____ CEP#_____. MODULES (Y/N) _____ SCREENED: _____

19U HEAD COACH: _____ CEP#_____. MODULES (Y/N) _____ SCREENED: _____

IS YOUR CLUB ADM COMPLIANT: Yes ☐ No ☐ If no why? _____
_____

HAVE ALL COACHES WITHIN YOUR CLUB COMPLIED WITH USA HOCKEY / AFFILIATE SCREENING REQUIREMENTS:

Yes ☐ No ☐ IF NO WHEN WILL IT BE COMPLETED? _____

FEEDER PROGRAM:

# OF TEAMS IN CLUB: _____ AGE LEVELS: _____ # OF PLAYERS IN CLUB: _____

WILL ANY TEAM LISTED PLAY INDEPENDENT OF A LEAUGE EXCLUSIVELY: Yes ☐ No ☐ IF YES, PLEASE INDICATE

WHICH TEAMS: _____

WHAT LEAGUE(S) WILL TEAM(S) PARTICIPATE: _____

DOES YOUR ORGANIZATION SCHOLARSHIP PLAYERS: Yes ☐ No ☐ IF YES, IS THE SCHOLARSHIP POLICY MADE

PUBLIC (where) AND IS IT "NEED" BASED, OR PERFORMANCE BASED? _____
_____

PLEASE READ THE FOLLOW BULLETS, AND INITIAL THAT YOU AND THE SECOND SIGNATORY FULLY UNDERSTAND WHAT EACH BULLET REQUIRES OF THE CLUB. _____ (Initials) _____ (Initials)

- The use of unapproved Tier designation, include letters to imply the same, is strictly prohibited.
- Your Club leadership, coaches and staff are aware of USA Hockey and AAHA Rules governing Tier I and Tier II National Tournament eligible teams and following said rules are a minimum requirement for approval.
- You must attach separately, each team's record presently, and previous season.

THIS APPLICATION REQUIRES TWO (2) SIGNATURES; CLUB PRESIDENT & ONE OTHER OFFICER.

_____ DATE: _____ _____ DATE: _____
Print & Sign - President                                     Print & Sign – 2nd Officer