# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

BLACK BEAR SPORTS GROUP, INC
and CENTER ICE ARENA, LLC,

  Plaintiff(s),

v.

AMATEUR HOCKEY ASSOCIATION OF
ILLINOIS, INC.,

  Defendant(s).

Case No. 18 C 8364
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

  which ☐ includes      pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered dismissing this case for lack of standing.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion .

Date: 5/9/2019

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk