# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

## FINAL JUDGMENT

June 22, 2020

Before:
WILLIAM J. BAUER, Circuit Judge
FRANK H. EASTERBROOK, Circuit Judge
DIANE S. SYKES, Circuit Judge

| No. 19-2076 | BLACK BEAR SPORTS GROUP, INC., et al., Plaintiffs - Appellants<br><br>v.<br><br>AMATEUR HOCKEY ASSOCIATION OF ILLINOIS, INCORPORATED, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-08364<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The judgment of the district court is modified to provide that the suit is dismissed for lack of a plausible federal claim and as so modified is affirmed. The above is in accordance with the decision of this court entered on this date. Appellee recovers costs.

form name: **c7_FinalJudgment**(form ID: **132**)